UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICE LITIGATION | Master Case No. 08 MD 1988 DMS (LSP) |
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, A Delaware corporation; et al.,<br><br>    Defendants. | Case No. 08 CV 1348 DMS (LSP)<br><br>[PROPOSED] ORDER OF DISMISSAL |

IT IS HEREBY ORDERED that the matter of the *PEOPLE OF THE STATE OF CALIFORNIA v. COUNTRYWIDE FINANCIAL CORPORATION, et al.*, Case No. 08 CV 1348 DMS (LSP), be dismissed with prejudice pursuant to the parties' stipulation filed December 15, 2008. Each party is to bear its own costs and fees.

IT IS SO ORDERED.

Dated: December 16, 2008

HON. DANA M. SABRAW
United States District Judge

1